**Harriet M. LIEDTKE, Plaintiff-Appellant,**

v.

**Ria RUNNINGEN; Timberland Partners; City of Burnsville; Matthew Smith; Fairview Health Services; Dakota County; Angela Elwell; Joe Dalager, Defendants-Appellees.**

**No. 17-1003**

United States Court of Appeals, Eighth Circuit.

Submitted: September 5, 2017

Filed: September 8, 2017

Harriet M. Liedtke, Pro Se

Ria Runningen, Pro Se

Brooke C. Nelson, Malcolm Peter Terry, Bernick & Lifson, Minneapolis, MN, for Defendant-Appellee Timberland Partners

Ryan Michael Zipf, League of Minnesota Cities Insurance Trust, Saint Paul, MN, for Defendants-Appellees City of Burnsville, Matthew Smith

Barry G. Vermeer, Jennifer M. Waterworth, Gislason & Hunter, Minneapolis, MN, for Defendant-Appellee Fairview Health Services

Helen R. Brosnahan, Jeffrey A. Timmerman, Dakota County Attorney's Office, Hastings, MN, for Defendants-Appellees Dakota County, Angela Elwell

Christine Hinrichs, Kelly Ann Putney, Bassford & Remele, Minneapolis, MN, for Defendant-Appellee Joe Dalager

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Harriet M. Liedtke appeals the district court's[1] order dismissing her 42 U.S.C. § 1983 action. We have carefully considered the matters Liedtke raises on appeal, and we find no basis to overturn the district court's extensive and thoughtful opinion. *See* 8th Cir. R. 47B. The judgment is affirmed.

---

1. The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, Magistrate Judge for the District of Minnesota.